IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANNY L. SING,

                Plaintiff,

      vs.

STATE OF NEBRASKA,

                Defendant.

**8:20CV229**


**ORDER**

On September 2, 2020, Plaintiff was granted 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee of $13.36. (Filing 11.) Plaintiff replied (Filing 12), indicating that four debits had been made to his institutional account on four different dates in August 2020, yet the court had no record of his filing fee being paid. A few days after Plaintiff's response was filed, a partial filing fee in the amount of $112.65 was submitted on Plaintiff's behalf. Therefore, the next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

IT IS ORDERED that because Plaintiff has now submitted his initial partial filing fee, the court will conduct, in its normal course of business, an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2).

Dated this 16th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge